Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





CURT WILLIAM SPENCE,


 Appellant,


v.


WELLS FARGO BANK, N.A.,
WACHOVIA BANK, NATIONAL
ASSOCIATION & 

GREGORY COURSON,


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 




No. 08-09-00039-CV



Appeal from the


14th District Court

of Dallas County, Texas


(TC# 08-00120-A)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the
motion and dismiss the appeal with prejudice. Costs are assessed against the party incurring them. 
See Tex.R.App.P. 42.1(d).


October 7, 2009 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Rivera, JJ.